UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄

**MICHAEL J. CLEVELAND, SR., and ANGELA I. CLEVELAND,**

**Plaintiffs,**

- v -  1:16-CV-1235 (NAM/DJS)

**SCHENECTADY COUNTY DEPARTMENT OF CHILDREN AND FAMILIES, et al.,**

**Defendants**.

⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄⋄

APPEARANCES:

Michael J. Cleveland, Sr.
73 14th Street
Troy, New York 12305
Plaintiff, *pro se*

Angela I. Cleveland
1333 1st Ave., 2nd Floor Front
Watervliet, New York 12189
Plaintiff, *pro se*

**Hon. Norman A. Mordue, Senior U.S. District Judge:**

**MEMORANDUM-DECISION AND ORDER**

On June 14, 2017 United States Magistrate Daniel J. Stewart issued a Report and Recommendation (Dkt. No. 12) recommending that the *pro se* plaintiffs' amended complaint (Dkt. No. 10) be accepted for filing limited to the claims stated against Schenectady County, Northeast Parent and Child Society, and Tina Cheetham-Colon; that all claims alleging a violation of 42 U.S.C. § 1985 be dismissed; and that all previously-dismissed or new claims against the other defendants in the initial and/or amended complaint be dismissed with prejudice. Plaintiffs have not submitted an objection. Magistrate Judge Stewart also recommended that the Clerk of the Court be directed to redact certain information in the amended complaint.

Where, as here, there is no objection to a Report and Recommendation, the Court reviews for clear error. *See, e.g., Lin v. City of N.Y.*, 2016 WL 6962536, at *3 (S.D.N.Y. Nov. 28, 2016). After review of the amended complaint, this Court finds no error in the Report and Recommendation and accepts it in its entirety.

It is therefore

ORDERED that the Report and Recommendation (Dkt. No. 12) is accepted; and it is further

ORDERED that the amended complaint (Dkt. No. 10) is accepted for filing limited to the claims stated against Schenectady County; Northeast Parent and Child Society; and Tina Cheetham-Colon; and it is further

ORDERED that all claims alleging a violation of 42 U.S.C. § 1985 be dismissed; and it is further

ORDERED that to the extent plaintiffs are attempting to state new claims or reinstate previously dismissed claims against the following defendants, any such claims are dismissed with prejudice: Schenectady County Department of Children and Families; Cheryl Cawley; Julie Bailey; Shainna More; Nicole Nelson; Della Ferraro; Mandi Clegg; Gewenthen Jerome; Michael Malone; Tina Tronetti- Hotvet; Steve Borden; Valerie Valente; James Martain; Michael R. Godlewski, Esq.; Mark Powers; Alexandera Verrigni, Esq.; Phil G. Ankerman, Esq.; Kathie Voisine-Maruska; Det. Sherman; Schenectady County Sheriff's Department; Berkshire Farms; the Schenectady County Conflict Defenders Office; and John Does 1-24; and it is further

ORDERED that the Clerk of the Court redact the amended complaint (Dkt. No. 10) to remove the names and dates of birth of the plaintiffs' minor children, appearing on pages 3, 14,

16, 17, 18, 19, 20, & 23, and substitute initials; and it is further

ORDERED that the Clerk of the Court return the matter to United States Magistrate Daniel J. Stewart so that he can issue an order directing service of the amended complaint on the three remaining defendants; and it is further

ORDERED that the Clerk of the Court is directed to serve this Memorandum-Decision and Order on plaintiffs by regular and certified mail, return receipt requested.

IT IS SO ORDERED.

Date: August 7, 2017
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge